# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERICK WILFREDO SAAVEDRA ESTRADA AND BOBI JO SAAVEDRA,** Plaintiffs, | CIVIL ACTION |
| v. | |
| **ALEJANDRO MAYORKAS, UR M. JADDOU AND LAUREN K. MILLER,** Defendants. | NO. 23-2110 |

## ORDER

**AND NOW**, this 21st day of November, 2023, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Complaint (ECF No. 5) and the responses thereto (Plaintiff's Response in Opposition (ECF No. 7), and Defendants' Reply in Support (ECF No. 10)), it is **HEREBY ORDERED** that Defendants' Motion is **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**